# Exhibit "A"

**COMPLAINT (ASSUMPSIT-MONEY OWED);**
**DECLARATION; EXHIBIT(S); SUMMONS**

Form #2DC07

Electronically Filed
FIRST CIRCUIT
1DRC-24-0010852
30-DEC-2024
03:24 PM
Dkt. 1 CMPS

IN THE DISTRICT COURT OF THE SECOND CIRCUIT
HONOLULU DIVISION
STATE OF HAWAI'I

**Plaintiff(s)**
Hye Ja Choi

Reserved for Court Use
Civil No. 1DRC-24-10852

**Defendant(s)**
United States Postal Service

Filing Party(ies)/Filing Party(ies)' Attorney (Name, Attorney No., Firm Name (if applicable), Address, Telephone and Fax No.)
HYE JA Choi
P. O. BOX 37646, Honolulu, HI 96837
(808)202-0607

**Amount Claimed by Plaintiff:**
40,000

**Last Date of Indebtedness:**
8/2023-20224

## COMPLAINT

1. This Court has jurisdiction over this matter and venue is proper.

2. On or about **Loss due to illegal acts and negligence of duty**, Defendant(s) owed money to Plaintiff(s) as follows:
   Defendants suffer losses due to negligence and negligence of duty, including loss of green cards sent to them.

3. ☑ A copy of the written instrument on which the debt is based is attached as Exhibit 1.

4. Plaintiff(s) asks for Judgment in the principal amount of $ **40,000**.
   In addition, the Court may award court costs, interest and reasonable attorney's fees.

5. The Servicemembers Civil Relief Act, 50 U.S.C. App. §501 may apply to a Defendant who is classified active duty as defined in the Act. Please check all that apply.
   ☑ To the best of my knowledge, the Defendant is not an active duty member of the Military.
   ☐ The following Defendant is an active duty member of the Military. Name: _____
   ☐ I am unable to determine whether the Defendant is an active duty member of the Military. Please attach separate sheet indicating what attempt was made to determine Defendant's military status.

Signature of Plaintiff(s)/Plaintiff(s) Attorney: /s/

Date: 12/30/2024    Print/Type Name(s): Hye Ja Choi

## DECLARATION

I have read this Complaint, know the contents and verify that the statements are true to my personal knowledge and belief.
**I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE IS TRUE AND CORRECT.**

Signature of Declarant: /s/

Date: 12/30/2024    Print/Type Name(s): Hye Ja Choi

In accordance with the **Americans with Disabilities Act**, and other applicable State and Federal laws, if you require an accommodation for your disability when working with a court program, service, or activity please contact the District Court Administration Office at PHONE NO. 244-2800, FAX 244-2849, or email adarequest@courts.hawaii.gov **at least (10) working days before** your proceeding, hearing, or appointment date. For Civil related matters, please call 244-2706 or visit the Service Center at 2145 Main Street, Room 141A, Wailuku, Hawai'i 96793.

(Rev 7/25/2017)

I certify that this is a full, true, and correct copy of the original on file in this office.

I do hereby certify that the foregoing is a full, true and correct copy of the official court record of the Courts of the State of Hawai'i.
CommonLook Honolulu, Hawai'i 30-DEC-2024, /s/ Lori Ann Okita, Clerk of the First Judicial ___ of the above Circuit, State of Hawai'i
508 Certified
Reprographics (09/11)


Exhibit "A"

## **Attachment of Complaint**

Electronically Filed
FIRST CIRCUIT
1DRC-24-0010852
16-JAN-2025
01:00 PM
Dkt. 6 OT

1. Plaintiff tried to resolve this issue without filing this lawsuit for a year, but Defendants responded inappropriately and denied their debt to Plaintiff.

Therefore, Plaintiff had no choice but to file a lawsuit to collect the debt from Defendants.

2. In the past, the defendants lost one big box of international mail to the plaintiff, causing great loss and harassing the plaintiff for several years. In addition to this, the defendant has also caused a lot of damage by not delivering or losing many mails, including letters from government agencies.

3. Plaintiff received the registered mail and green card of the Complaint & Summons (22 persons of Hawaii ) of the court on 9/11/2023 through Defendant's post office.

Defendants were required by their rules to deliver the green card to Plaintiff no later than 15 days from the date of mailing. Plaintiff sent 22 registered mail and green cards from Defendant's post office on 9/11/2023. The amount paid by Plaintiff to Defendants at this time was approximately $230. Defendant Post Office was required to deliver the green cards to Plaintiff no later than 9/26/2023, but Defendant finally delivered the green cards to Plaintiff on 10/31/2023.

Defendant urgently and accurately delivered the letter and then neglected to properly perform the delivery certificate (green card), causing Plaintiff loss.

4. More serious is the loss in the following other incidents.

Plaintiff mailed the green cards to Defendant in Las Vegas on 7/12/2024, along with a Complaint & Summons of this court, by registered mail.

5. Thereafter, according to Post Office records, Defendant Post Office delivered Plaintiff's court papers to Defendant on 7/17/2024, as Exhibit A.

1

However, it is unknown whether the Defendant Post Office did not receive the signature of the Green Card from the Defendants due to negligence or received the signature but lost it, but now, 6 months have passed and the Green Card has not been returned to the Plaintiff.

6. The judge in the case did not acknowledge the service, stating that the evidence in Exhibit A (the record of the Post Office receiving the electronic signature from the Defendants) was insufficient. See Exhibit A

7. After that, the Plaintiff visited the Defendant Post Office (Nua Nuu Post Office, Dillingham Post Office) around 8/2024 and asked the supervisor and manager to return the Green Card and find out its whereabouts about 7 times, but they lied and ignored the Plaintiff's requests.

In particular, the postal workers(Part) and their supervisors and managers located in Dillingham Blvd , Honolulu, Hawaii, habitually lied and repeatedly acted irresponsibly due to poor attitudes and human qualities in dealing with customers. (neglect of duty, harassment)

In addition, the supervisors and managers have repeatedly treated non-English speakers with contempt and disregard for several years. (It seemed that their purpose was to harass non-English speakers and make them leave the claim.)

8. The plaintiff had no choice but to invest a large sum of money in the defendants and re-deliver it five times through the Process Server, but the defendants were already aware that the lawsuit had been filed in the Hawaiian court by receiving the Complaint & Summons of this court from the post office on 7/17/2024, so the defendants intentionally remained silent and did not receive the five deliveries.

9. Responsibility of the defendant post office

In conclusion, due to the delivery negligence of the Defendant Post Office, the Plaintiff's trial has been suspended for 6 months due to the Defendants' silent refusal to receive the court's summons while they were at their home.

(1) Due to the defendant post office's negligence (delivery accident), the defendant post office actually obstructed and delayed the court's summons to the defendants (in another case), giving them an opportunity to escape. *Rather , The post office provided the defendants with an excuse (opportunity to escape) to avoid receiving subsequent court documents.

(2) The plaintiff is responsible for compensating for damages resulting from the defendants' negligence, including postage (registration and green card fees), process server fees, public notice fees (future), trial delays, plaintiff's harassment and mental suffering, unnecessary court document preparation and visits, etc.

In conclusion, due to the delivery negligence of the Defendant Post Office, the Plaintiff's trial has been suspended for 6 months due to the Defendants' silent refusal to receive the court's summons while they were at their home.

### 10. Conclusion

As above, the plaintiff had no choice but to file a lawsuit in court to seek relief for economic and non-economic losses resulting from the defendants' illegal acts.

■Attachment: 1. Exhibit A


1/16/2025

Hye Ja Choi

---

*Note: The manuscript is not in English, and the above content is not 100% perfect English because it was translated using a machine. If there is anything you do not understand, please ask me about it.

3

7/30/24, 3:26 PM                                             USPS.com® - USPS Tracking® Results

ALERT: FLOODING AND SEVERE WEATHER IN THE SOUTHERN AND CENTRAL U.S. MAY I...

# USPS Tracking®

Electronically Filed
FIRST CIRCUIT
1DRC-24-0010852
16-JAN-2025
01:00 PM
Dkt. 7 OT

Remove ✕

**Tracking Number:**

## 9589071052702013703456

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 3:26 pm on July 17, 2024 in LAS VEGAS, NV 89148.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered, Left with Individual**
LAS VEGAS, NV 89148
July 17, 2024, 3:26 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

**Text & Email Updates**   ⌄

**USPS Tracking Plus®**   ⌄

**Product Information**   ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

**EXHIBIT A**

7/30/24, 3:30 PM                                USPS.com® - USPS Tracking® Results

ALERT: FLOODING AND SEVERE WEATHER IN THE SOUTHERN AND CENTRAL U.S. MAY I...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 70192970000066889831

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 3:26 pm on July 17, 2024 in LAS VEGAS, NV 89148.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered, Left with Individual**
LAS VEGAS, NV 89148
July 17, 2024, 3:26 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

**Text & Email Updates**                                                ∨

**USPS Tracking Plus®**                                                 ∨

**Product Information**                                                 ∨

See Less ∧

Track Another Package

Enter tracking or barcode numbers

8/5/24, 2:48 PM                               USPS Tracking Intranet

## Product Tracking & Reporting

USPS Tracking Intranet
Delivery Signature and Address

Tracking Number: 7019 2970 0000 6688 9831

This Item was delivered on 07/17/2024 at 15:26:00

< Return to Tracking Number View



Enter up to 35 items separated by commas.

Select Search Type:  Quick Search  ∨   Submit

Product Tracking & Reporting, All Rights Reserved
Version: 24.3.3-69840aa

https://pts-2.usps.gov/pts2-web/tcIntranetTrackingNumResponse/deliverySignatureAndAddress?deliveryDate=1721247960000&signatureLabelId=52C...  1/1

HYE JA CHOI
P. O. BOX 37646,
Honolulu, HI 96817

Electronically Filed
FIRST CIRCUIT
1DRC-24-0010852
16-JAN-2025
02:22 PM
Dkt. 12 OT

IN THE DISTRICT COURT OF THE FIRST CIRCOUIT

STATE OF HAWAII

Civil No: 1DRC-24-0010852

| | |
|---|---|
| HYE JA CHOI, | ) **REQUEST TO THE COURT TO** |
| Plaintiff, | ) **DELETE DKT. 9-11 (BY** |
| Vs. | ) **MISTAKE, DOUBLE-FILED)** |
| | ) |
| UNITED STATES POSTAL SERVICE | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## REQUEST TO THE COURT TO DELETE DKT. 9-11 (BY MISTAKE, DOUBLE-FILED)

The plaintiff refiled DKT. 6-8 because it was not immediately reflected. (The plaintiff later discovered that it was reflected.)

Therefore, the plaintiff respectfully requests that the court delete (destroy) the later-filed DKT. 9-11 from the record because the same COMPLAINT'S EXHIBIT 1 was filed twice. (I am so sorry.

DATED: Honolulu, Hawaii, January 16, 2025



Hye Ja Choi

| SUMMONS | Form #1DC50 |
|---|---|

**IN THE DISTRICT COURT OF THE FIRST CIRCUIT**
**HONOLULU** ☒ **DIVISION**
**STATE OF HAWAI'I**

Plaintiff
HyeJa Choi

Reserved for Court Use

Civil No. 1DRC-24-10852

Defendant
United States Postal Service

Filing Party/Attorney Name, Attorney Number, Firm Name (if applicable), Address, and Telephone Number
HYEJA Choi

P. O. BOX 37646, Honolulu, HI 96
(808)202-0708

## SUMMONS

**THE STATE OF HAWAI'I:**

**TO:** The Director of Law Enforcement of the State of Hawai'i, the Director's deputy, or any police officer or other person authorized by the laws of the State of Hawai'i:

This Summons shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a Judge permits, in writing on this Summons, personal delivery during those hours.

**TO THE DEFENDANT:**

You are required to file a written answer or appear before the District Judge of this Court, in the Judge's Courtroom, on the day and at the time designated by the checked box on page 2. If the Defendant is a corporation or limited liability company, Hawai'i law requires it to be represented by an attorney licensed to practice in the State of Hawai'i.

**IF YOU OR YOUR ATTORNEY FAIL TO ATTEND THE COURT HEARING AT THE TIME AND PLACE DESIGNATED OR FILE A WRITTEN ANSWER A DEFAULT JUDGMENT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date: DEC 3 0 2024    Clerk    M. TORRES (SEAL)

SEE PAGE 2

RG-AC-508 (12/2023) WF
(Rev. 1/1/2024)                Page 1 of 2                Form#1DC50

COURT ADDRESSES AND RETURNABLE DAYS:
You must check in 15 minutes before your court hearing

**✔ Honolulu Division, 1111 Alakea Street, Tenth (10ᵗʰ) floor Courtroom 10A or 10B, Honolulu, Hawaiʻi**

☐ at 8:30 a.m. ☐ 1:30 p.m. on Friday, _____ for summary possession. If the Defendant is served with the complaint within five business days of the date listed above, the parties shall appear on the Friday after the date listed above. For remote appearance go to www.zoom.us Meeting ID 936-4644-0201 or call 1 (888) 788-0099.

✔ at 1:30 p.m. on the second Monday following date of service, and should that Monday be a legal holiday then on the next business day. For remote appearance go to www.zoom.us Meeting ID 669-372-3318 or call 1 (888) 788-0099.

☐ **ʻEwa Division, 870 Fourth Street, Pearl City, Hawaiʻi, 96782**

☐ at 9:00 a.m. on Thursday, _____ for summary possession. If the Defendant is served with the complaint within five business days of the date listed above, the parties shall appear on the Thursday after the date listed above. For remote appearance go to www.zoom.us Meeting ID 492-363-9717 or call 1 (888) 788-0099.

☐ at 9:00 a.m. on the second Thursday following date of service, and should that Thursday be a legal holiday then on the next Thursday. For remote appearance go to www.zoom.us Meeting ID 779-575-4192 or call 1 (888) 788-0099.

☐ **Koʻolaupoko OR Koʻolauloa Division, 45-939 Poʻokela Street, Kāneʻohe, Hawaiʻi, 96744**

☐ at 9:00 a.m. on Friday, _____ for summary possession. If the Defendant is served with the complaint within five business days of the date listed above, the parties shall appear on the Friday after the date listed above. For remote appearance go to www.zoom.us Meeting ID 928-747-9610 or call 1 (888) 788-0099.

☐ at 9:00 a.m. on the second Friday following date of service, and should that Friday be a legal holiday then on the next Friday. For remote appearance go to www.zoom.us Meeting ID 928-747-9610 or call 1 (888) 788-0099.

☐ **Wahiawā OR Waialua Division, 1034 Kilani Avenue, Wahiawā, Hawaiʻi, 96786**

☐ at 9:00 a.m. on Wednesday, _____ for summary possession. If the Defendant is served with the complaint within five business days of the date listed above, the parties shall appear on the Wednesday after the date listed above. For remote appearance go to www.zoom.us Meeting ID 357-427-7279 or call 1 (888) 788-0099.

☐ at 9:00 a.m. on the second Wednesday following date of service, and should that Wednesday be a legal holiday then on the next Wednesday. For remote appearance go to www.zoom.us Meeting ID 357-427-7279 or call 1 (888) 788-0099.

☐ **Waiʻanae Division, 4675 Kapolei Parkway, Kapolei, Hawaiʻi, 96707**

☐ at 9:00 a.m. on the second Tuesday following date of service, and should that Tuesday be a legal holiday then on the next Tuesday. For remote appearance go to www.zoom.us Meeting ID 483-947-9811 or call 1 (888) 788-0099.

☐ at 9:00 a.m. on Tuesday, _____ for summary possession. If the Defendant is served with the complaint within five business days of the date listed above, the parties shall appear on the Tuesday after the date listed above. For remote appearance go to www.zoom.us Meeting ID 483-947-9811 or call 1 (888) 788-0099.

For Civil related matters, **please call (808) 538-5629** or visit the District Court at 1111 Alakea Street, Legal Documents Branch - Third (3ʳᵈ) Floor, Honolulu, Hawaiʻi 96813

**Americans with Disabilities Act Notice**

If you need an accommodation for a disability when participating in a court program, service or activity, please contact the ADA Coordinator as soon as possible to allow the court time to provide an accommodation:

- Call (808) 538-5121; or
- Send an email to adarequest@courts.hawaii.gov

The court will try to provide, but cannot guarantee, your requested auxiliary aid, service or accommodation.

(Rev. 1/1/2024)                                    Page 2 of 2                                    Form#1DC50